UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUSTIN BARR, § <br> Individually and on behalf of all § <br> Others similarly situated, § <br>     Plaintiffs § <br> § <br> v. § <br> § <br> PETROSTAR SERVICES, LLC, § <br> TOTAL TANK SERVICES, LLC, § <br>     Defendants § | Civil No. 5:20-cv-01460-OLG |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Justin Barr and Opt-in Plaintiff Samuel Tiblier, Jr. (collectively "Plaintiffs") and Defendant PetroStar, LLC ("Defendant") (collectively, the "Parties"), and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby jointly stipulate that this action against Defendant PetroStar Services, LLC is dismissed with prejudice with all parties to bear their own costs and fees.

Respectfully submitted,

By: /s/ Donna K. McElroy
**Donna K. McElroy**
Texas State Bar No. 13582050
**Katherine A. Zampas**
Texas State Bar No. 24104456
**DYKEMA GOSSETT, PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395
Email: dmcelroy@dykema.com
Email: kzampas@dykema.com

**ATTORNEYS FOR DEFENDANT,
PETROSTAR SERVICES, LLC**

By: /s/ Carl A. Fitz (w/permission)
**Michael A. Josephson**
Email: mjosephson@mybackwages.com
**Andrew W. Dunlap**
Email: adunlap@mybackwages.com
**Carl A. Fitz**
Email: cfitz@mybackwages.com
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 — Telephone
713-352-3300 — Facsimile

**Richard J. (Rex) Burch**
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 — Telephone
713-877-8065 — Facsimile
Email: rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

4895-2976-9000.3

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will send notification of such filing to the following:

**Michael A. Josephson**
mjosephson@mybackwages.com
**Andrew W. Dunlap**
adunlap@mybackwages.com
**Carl A. Fitz**
cfitz@mybackwages.com
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 — Telephone
713-352-3300 — Facsimile

**Richard J. (Rex) Burch**
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 — Telephone
713-877-8065 — Facsimile
rburch@brucknerburch.com

*Counsel for Plaintiff*

              */s/ Donna K. McElroy*
              Donna K. McElroy